In the Matter of the Application of Morris & Cumings Dredging Company, Appellant, etc. In the Matter of the Judicial Settlement of the Account of Mary C. Leary, as Administratrix of the Goods, Chattels and Credits of James D. Leary, Deceased. Marie A. Pynchon, as General Guardian, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Unexecuted Trust under the Last Will and Testament of John Becker, Deceased. Leonhard Michel, as Guardian ad Litem, and Katherine Becker, Appellants; Charles L. Becker and Another; Substituted Trustees, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Viola Folz, Respondent, v. William H. Folz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry W. Hermann, Respondent, v. William E. Wolff and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

David Uhren, Respondent, v. Amos Gordon, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jennie M. Corcoran, Appellant, v. The Emigrant Industrial Savings Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Herman Cypress, Appellant, v. United Stores Realty Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Solomon May, Appellant, v. E. May, Incorporated, Respondent, Impleaded with New York Telephone Company.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order for examination of plaintiff granted, without costs, to the extent only of striking from said order the requirement that he produce books and records. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Henry Goldey, Appellant, v. Max S. Griffenhagen, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Eugene A. Wise, Jr., Appellant, v. John J. Hannon and Others, Respondents.— Order modified by providing that plaintiff be allowed to discontinue the present action without costs, and as modified affirmed, without costs.